**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| WELDON COSTA VASCONCELOS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Case No. 9:26-cv-819-JDK |
| | § | |
| WARDEN, IAH SECURE ADULT | § | |
| DETENTION FACILITY, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Attorney for Petitioner Pablo Rodriguez has failed to comply with the Court's local rules requiring him to file an application to appear pro hac vice and to pay the associated fee. *See* E.D. TEX. R. AT-1(d) ("An attorney who is not admitted to practice before this court may appear for or represent a party in any case in this court only upon an approved application to appear pro hac vice. . . . Such application also shall be accompanied by a $100.00 local fee . . . .").

Accordingly, Rodriguez is **ORDERED** to file an application to appear pro hac vice and to pay the associated fee by **October 6, 2026**. Failure to comply with this order will result in dismissal of this case under Federal Rule of Civil Procedure 41(b). *See, e.g.*, *Long v. Simmons*, 77 F.3d 878, 879 (5th Cir. 1996) ("A district court may dismiss an action sua sponte under Fed. R. Civ. P. 41(b) for failure to comply with a court order.").

**So ordered and signed on this**
**Sep 30, 2026**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE