**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| WELDON COSTA VASCONCELOS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, IAH SECURE ADULT DETENTION FACILITY, *et al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 9:26-cv-819-JDK |

**ORDER OF DISMISSAL**

Attorney for Petitioner Pablo Rodriguez has failed to comply with Court-ordered deadlines and ignored the rules and orders of the Court. *See* Docket No. 2. Accordingly, the Court **DISMISSES** the case for failure to comply with an order of the Court.

This case concerns a petition for writ of habeas corpus. Rodriguez filed a petition on behalf of Petitioner Weldon Costa Vasconcelos on September 25, 2026, Docket No. 1, but did not file an application to appear pro hac vice or pay the associated fee, *see* E.D. TEX. R. AT-1(d) ("An attorney who is not admitted to practice before this court may appear for or represent a party in any case in this court only upon an approved application to appear pro hac vice. . . . Such application also shall be accompanied by a $100.00 local fee . . . ."). On September 30, 2026, the Court ordered Rodriguez to file his application and pay the associated fee by October 6, 2026. Docket No. 2. The Court warned Rodriguez that failure to comply would result

in dismissal of the case under Federal Rule of Civil Procedure 41(b). *Id.* Rodriguez did not comply with the Court's order.

A district court may dismiss an action for the failure of a litigant to comply with any order of the court. *See McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988) ("The court possesses the inherent authority to dismiss the action *sua sponte*, without motion by a defendant."); Fed. R. Civ. P. 41(b). Here, Rodriguez has failed to comply with the rules and orders of the Court. Accordingly, the Court **DISMISSES** this case without prejudice for failure to comply with a court order.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **7th** day of **October, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE